**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Nicole D. Farlow,

     Plaintiff,

        v.                             Case No.   1:17cv027

Commissioner of Social Security,             Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 17, 2018 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 15) of the Magistrate Judge is hereby **ADOPTED.** The Parties Stipulation (Doc. 14) is **GRANTED** and the Plaintiff is awarded the total sum of $4,500.00 in attorney's fees and costs consistent with the recommendation by the Magistrate Judge.

     **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                   Michael R. Barrett
                                   United States District Judge